**ORIGINAL**

# United States Court of Federal Claims

Nos. 16-723 C, 16-724 C
and 16-734 C
June 27, 2016

**FILED**

JUN 2 7 2016

U.S. COURT OF
FEDERAL CLAIMS

NEAPOLEON JWAN FREEMAN, SR.,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant.*

## ORDER WAIVING FILING FEES AND DISMISSING CASES FOR LACK OF JURISDICTION

    These complaints are the latest in a series of complaints the plaintiff has bombarded this court with in the last few years. He has been summarily dismissed for lack of jurisdiction by every judge and court that has handled his complaints. *See e.g., Freeman v. United States*, No. 15-1389 (Fed. Cl. Dec. 15, 2015); *Freeman v. United States*, No. 13-327-C (Fed. Cl. Sept. 19, 2013); *Freeman v. United States*, 568 F. App'x 892, 893 (Fed. Cir. 2014), *reh'g denied* (Sept. 22, 2014). All of these cases have been characterized by plaintiff's almost total incoherence and rantings.

    To the extent it can be deciphered, the complaints seem to be filled with concerns of tortious wrongs (no jurisdiction); kidnapping (no jurisdiction); or general prison mayhem (also no jurisdiction). Although the plaintiff has filed *pro se*, which would normally allow him some leeway, plaintiff still must give the court some hint of what his complaints are about, so that the court has a fighting chance to determine if it does have any jurisdiction. *Demes v. United States*, 52 Fed. Cl. 365, 368 (2002) (citing *Kelly v. Sec'y, U.S. Dept. of Labor,* 812 F. 2d 1378, 1380 (Fed. Cir. 1987)).

    Since the plaintiff's complaints have not accomplished this essential factual predicate, these complaints will also have to be summarily dismissed for lack of jurisdiction.

    Since the plaintiff is currently residing in Virginia's Sussex State Prison in Waverly, VA, plaintiff's filing fees, in all three cases, will be waived by the court. The Clerk will thereafter dismiss plaintiff's complaints in their entirety, and enter judgment for the defendant in each.

No costs.

If the plaintiff continues in the future to file these frivolous lawsuits, such costs and fees will be imposed. In the future, the Clerk is directed NOT to file any more complaints from the plaintiff until after he has paid the requisite filing fee.

**IT IS SO ORDERED.**

_____
Robert J. Yock
Senior Judge